IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**KENNETH VAXTER**                                                               **PLAINTIFF**

**V.**                      **CAUSE NO. 3:09CV00076-DAS**

**COMMISSIONER OF SOCIAL SECURITY**                                **DEFENDANT**

## FINAL JUDGMENT

The parties in this case having consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit, it is, therefore,

**ORDERED** that consistent with the Memorandum Opinion issued this day, the decision of the Commissioner of Social Security, denying Kenneth Vaxter's claims for social security benefits, is hereby **AFFIRMED**; and the complaint is **DISMISSED** with prejudice.

**THIS** 28th day of January, 2011.

                                                               **/s/ David A. Sanders**
                                                               U. S. MAGISTRATE JUDGE